O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SANTA CERRITOS, INC.; SANTA MIX, INC.; and SAINT PEDRO, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL PENROD; CMC MECHANICAL, LLC; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. 8:22-cv-00030-MEMF-JDE <br><br>**ORDER GRANTING SECOND STIPULATION TO CONTINUE DISCOVERY FACT CUT-OFF DATE [ECF NO. 38]** |
|---|---|

/ / /

/ / /

1

On December 12, 2022, the parties filed a Stipulation to Continue Discovery Fact Cut-Off Date requesting an Order to continue the discovery cutoff to January 9, 2023. ECF No. 38.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Fact Discovery cut-off date is continued to January 9, 2023. The parties are advised that in the event that they intend to file or oppose a Motion for Summary Judgment, they must work cooperatively to create a single, fully integrated joint brief covering all parties' summary judgment motions, in which each issue (or sub-issue) raised by a party is immediately followed by the opposing party's response. Each separately-represented party shall be limited to twenty-five (25) pages, exclusive of tables of contents and authorities. This Court requires an extended briefing schedule for motions for summary judgment, *calculated based on the date the motion is filed*, as set forth below:

   - *Motions for Summary Judgment*: No later than sixty-three (63) calendar days before the hearing on the motion, the moving party shall provide to the non-moving party an electronic copy of the opening brief, together with the moving party's portion of the evidentiary appendix and joint appendix of undisputed and disputed facts.
   - *Opposition*: No later than fourteen (14) calendar days after receipt of the opening brief, the non-moving party shall provide the moving party with an electronic copy of the integrated motion, which shall include the opposing party's portion of the joint brief, together with the opposing party's portion of the evidentiary appendix and joint appendix of undisputed and disputed facts.
   - *Reply*: No later than seven (7) calendar days after receiving the integrated version of the motion and related papers, the moving party shall file the joint brief with the Court. The moving party shall not make further

revisions to the joint brief other than submitting their Reply and finalizing the document for filing.[1]

IT IS SO ORDERED.

Dated: December 20, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

---

[1] The parties are advised to consult the Court's Civil Standing Order for additional requirements regarding the motions for summary judgment. The Civil Standing Order is available on Judge Frimpong's website at https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong.