UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CERRITOS, INC.; SANTA MIX, INC.; and SAINT PEDRO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PENROD; CMC MECHANICAL, LLC; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 8:22-cv-00030-MEMF-JDE <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> Dept. 8B <br><br> **JUDGMENT AGAINST DEFENDANTS** |

Having granted Plaintiffs Santa Cerritos, Inc., Santa Mix, Inc., and Saint Pedro, Inc.'s (collectively, "Plaintiffs") respective Motions for Default Judgment against Defendants Michael Penrod ("Penrod") and CMC Mechanical, LLC ("CMC") (collectively, "Defendants") (the "Motions") [ECF. Nos. 91, 102, and 106 respectively], the Court now hereby enters final judgment for Plaintiffs and against Defendants and **ORDERS, ADJUDGES, and DECREES** as follows:

1. The Court awards $1,337,867.92 in damages in favor of Plaintiffs and against Defendants;

2. The Court awards sanctions in the amount of $1,485, pursuant to Magistrate Judge Early's sanctions order [ECF No. 59], in favor of Plaintiffs and against Penrod;

3. The Court awards $297,997.02 in pre-judgment interest in favor of Plaintiffs and against Penrod, having accrued at a daily rate of $366.54 per day from December 1, 2021 until February 22, 2024;

4. The Court awards $321,455.58 in pre-judgment interest in favor of Plaintiffs and against CMC, having accrued at a daily rate of $366.54 per day from December 1, 2021 until April 26, 2024;

5. The Court awards post-judgment interest in favor of Plaintiffs and against Penrod, running from February 22, 2024 until the date Penrod has satisfied the total judgment, pursuant to the terms of 28 U.S.C. § 1961; and

///

6. The Court awards post-judgment interest in favor of Plaintiffs and against CMC, running from April 26, 2024 until the date CMC has satisfied the total judgment, pursuant to the terms of 28 U.S.C. § 1961.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 25, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge